IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| **TONYA PEREZ,** | ) | |
| | ) | **6:23-cv-00391-PGB-LHP** |
| **Plaintiff,** | ) | |
| | ) | **Judge Bryon** |
| v. | ) | **Magistrate Hoffman Price** |
| | ) | |
| **PREMIER TAX AND** | ) | |
| **FINANCE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF SETTLEMENT AND
REQUEST TO STAY ALL DEADLINES**

Plaintiff, TONYA PEREZ, hereby respectfully apprises this Honorable Court that the parties have reached a settlement of the above-captioned matter. Plaintiff further states as follows:

1. The parties are currently in the process of preparing formal documents necessary to memorialize the terms and conditions of the settlement of this matter.

2. Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for further court filings.

Respectfully submitted,<br>
**TONYA PEREZ**

By: _s/ David M. Marco_<br>
Attorney for Plaintiff

<u>Dated: July 25, 2023</u>

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
7204 Kyle Court
Sarasota, Florida 34240
Telephone:  (312) 546-6539
Facsimile: (888) 418-1277
E-Mail:     [dmarco@smithmarco.com](mailto:dmarco@smithmarco.com)